(BEING DENIED ACCESS TO THE COURT) CASE NO. 97-F-132-1

JUL 30 2003
SAMUEL L. KAY, CLERK
District & Bankruptcy Court
District of West Virginia

HARRISON COUNTY

DEAR JUDGE:

1- MY NAME IS KENNY D. SAYRE, AS I AM DOING A LIFE SENTENCE FROM HARRISON COUNTY, W.VA. IN CASE NO. 97-F-132-1.

2- MY COMPLAINT IS AS FOLLOWS - ON JULY 7- 2003. I FILED A ONE GROUND WRIT OF HABEAS CORPUS. WITH THE W.VA. STATE SUPREME COURT, ASKING THEM TO TAKE ORIGINAL JURISDICTION ON SAID HABEAS.

3- THE CLERK HAS FAILED TO <u>SEND ME A CASE NUMBER</u> ON SAID PETITION THAT I FILED ON JULY 7- 2003, AS I WROTE A NUMBER OF LETTERS ASK FOR MY CASE NUMBER AND WITHOUT A CASE NUMBER, AS I AM BEI DENIED ACCESS TO THE COURTS AND THE CLERK WON'T EVEN RESPOND TO MY LETTERS FOR A CASE NUMBER.

4- JUDGE - I AM SENDING YOU A COPY OF A CERTIFIED MAIL RECEI FOR PROOF THE CLERK RECEIVED MY HABEAS, AS I PAID 7 DOLLARS 90 CENTS FOR MY CERTIFIED MAIL FROM M.O.C.C. MT OLIVE, WVA.

5- I AM ASKING FOR A INVESTIGATION INTO THIS SERIOUS MATTER AS AM A PRO SE PERSON WHO IS BEING DENIED ACCESS TO THE COU AND A INJUSTICE FOR ONE IS A THREAT TO ALL IN THIS LEGAL SY

DATE - JULY 28, 2003

Kenny Drew Sayre
AS PRO SE
Reg No. 24022
M.O.C.C. MT OLIVE, WVA. 25

Filed, 7-8-03

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Office of the Clerk
    WV State Supreme Ct
    1900 Kanawha Blvd
    Charleston, WV
    25305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   JUL 0 8 2003

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 3936 9385

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

Sent To: Office of Clerk of the Court WV Supreme Ct
Street, Apt. No. or PO Box No.: 1900 Kanawha Blvd
City, State, ZIP+4: Charleston, WV 25305

Article Number: 7002 3150 0000 3936 9385

PS Form 3800, June 2002    See Reverse for Instructions

Postmark: JUL 2003, MT OLIVE STA SMITHERS WV, USPS